MELISSA HOLYOAK, United States Attorney (#9832)
PETE REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO VERDUZCO BERNAL,<br><br>Defendant. | Case No. 2:26mj659 JCB<br><br>COMPLAINT<br><br>Count 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (> 400 grams)<br><br>Judge Jared C. Bennett |

Before the Honorable Jared C. Bennett, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT 1**
**21 U.S.C. § 841(a)(1)**
**(Possession of Fentanyl with Intent to Distribute)**

On or about August 12, 2026, in the District of Utah,

RICARDO VERDUZCO BERNAL,

Defendant herein, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of

N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## ELEMENTS

The elements of Count 1, Possession of Fentanyl with Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;

2. He did so knowingly and intentionally;

3. At the time the defendant possessed the mixture or substance containing Fentanyl, he intended to distribute it; and

4. The amount of Fentanyl he intended to distribute was 400 grams or more.

## STATEMENT OF PROBABLE CAUSE

Complainant, Kevin Dalrymple, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. I am a Special Agent with the Federal Bureau of Investigations (FBI) and am currently assigned to the FBI Wasatch Metro Drug Task Force (WMDTF) and am tasked with investigating street gangs and drug trafficking.

2. In or about the month of August 2026, the FBI WMDTF initiated a criminal investigation on a Hispanic male identified as RICARCO VERDUZCO BERNAL ("BERNAL") and co-conspirators, both known and unknown, associated to a Drug Trafficking Organization (DTO) believed to be distributing a large quantities of fentanyl and other narcotics in the District of Utah.

3. In August 2026, at the direction of law enforcement, a confidential source ("CS1[1]") was able to conduct a controlled purchase of fentanyl from BERNAL. During the operation, BERNAL met with CS1 and provided him/her fentanyl evidence.

4. As a result of the controlled purchase, and with the assistance of hotel staff, agents identified a hotel room believed to be used by BERNAL in furtherance of the distribution of narcotics. Agents then sought and obtained a search warrant to search the hotel room in Salt Lake County, Utah.

5. On August 12, 2026, agents executed the search warrant. During the execution of the warrant, BERNAL was located in the hotel room and secured him for further investigation. During a search of the room, agents located approximately 11,160.65 grams (package weight) of field-tested positive fentanyl. Agents estimated the fentanyl evidence to be approximately 111,000 fentanyl pills.

---

1 CS1 is working with law enforcement for monetary compensation. CS1 has minimal criminal history. Through this investigation and others, information provided by CS1 has been found to be accurate and reliable. Information provided by CS1 has been corroborated through various means. Based on conversations with CS1, agents find CS1 to be knowledgeable in the sale of narcotics.

6. I know from my training and experience that the above amount of fentanyl is consistent with distribution as opposed to personal use.

7. Based on the foregoing information, I respectfully request an arrest warrant be issued for BERNAL for violations of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Fentanyl.

*/s/ Kevin Dalrymple*
Kevin Dalrymple, Affiant
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 13 August day of 2026.

JARED C. BENNETT
United States Magistrate Judge

APPROVED AS TO FORM:

MELISSA HOLYOAK
United States Attorney

/s/ *Peter Reichman*
Peter Reichman
Special Assistant United States Attorney