FILED US District Court-UT
AUG 19 '26 AM11:13

MELISSA HOLYOAK, United States Attorney (#9832)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO VERDUZCO BERNAL,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (> 400 grams)<br><br>Case: 2:26-cr-00318<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 8/18/2026 |

The Grand Jury Charges:

**COUNT 1**

21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about August 12, 2026, in the District of Utah,

RICARDO VERDUZCO BERNAL,

defendant herein, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of

N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

PETER REICHMAN
Special Assistant United States Attorney